IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RANDI REED, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:15-CV-5089-ODS-SSA |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Defendant moves to reverse and remand pursuant to sentence 4 of 42 U.S.C. § 405(g). Doc. #12. Defendant asserts that upon receipt of the Court's remand order, the Appeals Council will remand this case to the ALJ who will be directed to clarify Plaintiff's residual functional capacity ("RFC") and obtain additional vocational expert testimony to determine whether an individual with that RFC can perform other work existing in significant numbers in the national economy. *Id.* Plaintiff does not oppose Defendant's Motion. Doc. #13. Accordingly, Defendant's Motion is granted. The Commissioner's final decision denying benefits is reversed, and the case is remanded to the Commissioner for reconsideration as set forth in the Commissioner's motion.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 16, 2016    UNITED STATES DISTRICT COURT